UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 35268
    DEBORAH ANN WHITE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-6144
```

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 09/02/2005 and was confirmed 06/28/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  29.62% from remaining funds.

      The case was paid in full 04/07/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED OTH | 90.78 | .00 | 26.85 |
| BURLINGTON COAT FACTORY | UNSECURED | NOT FILED | .00 | .00 |
| CHEX SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1325.06 | .00 | 392.48 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 984.93 | .00 | 291.74 |
| R&R COUNTRY MOTORS | SECURED NOT I | 2290.41 | .00 | .00 |
| KROGER | UNSECURED | 149.07 | .00 | 44.15 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY | NOTICE ONLY | NOT FILED | .00 | .00 |
| SCAN | UNSECURED | NOT FILED | .00 | .00 |
| PROGRESSIVE RECOVERY TEC | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| SAFEWAY INC | UNSECURED | NOT FILED | .00 | .00 |
| SOUTH SHORE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ARNOLD SCOTT HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| R & R COUNTRY MOTORS INC | UNSECURED | NOT FILED | .00 | .00 |
| ECONOMY FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 4134.36 | .00 | 1224.60 |
| ST FRANCIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO HEALTH WORKS | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT G MICHAELS & ASSO | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| CRANDON EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK AGAIN | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 1359.85 | .00 | 402.79 |
| MARQUETTE RADIOLOGY ASSO | UNSECURED | NOT FILED | .00 | .00 |
| WORLDWIDE ASSET PURCHASI | UNSECURED | 1467.27 | .00 | 434.61 |
| WORLDWIDE ASSET PURCHASI | UNSECURED | 2634.00 | .00 | 780.19 |
| ER SOLUTIONS INC | UNSECURED | 525.59 | .00 | 155.68 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 35268 DEBORAH ANN WHITE

```
ASSET ACCEPTANCE CORP    UNSECURED          614.78              .00         182.10
CERTEGY CHECK SERVICES I UNSECURED       NOT FILED              .00            .00
CHEX SYSTEMS COLLECTION  UNSECURED       NOT FILED              .00            .00
CAPITAL ONE              UNSECURED       NOT FILED              .00            .00
PROVIDIAN NATIONAL BANK  UNSECURED       NOT FILED              .00            .00
PREMIER BANCARD CHARTER  FILED LATE         149.58              .00            .00
PRO SE DEBTOR            DEBTOR ATTY         .00                               .00
TOM VAUGHN               TRUSTEE                                            204.81
DEBTOR REFUND            REFUND                                              10.00
```

        Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   4,150.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       3,935.19
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              204.81
DEBTOR REFUND                                      10.00
                        ---------------     ---------------
TOTALS                    4,150.00             4,150.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 08/21/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
           CASE NO. 05 B 35268 DEBORAH ANN WHITE
```